**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 97-2769**

LAWRENCE VERLINE WILDER, SR.,

Plaintiff - Appellant,

versus

J. FREDERICK MOTZ, Chief Judge; FREDERICK
SMALKINS, Judge; UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Catherine C. Blake, District Judge. (CA-97-4055-CCB)

Submitted: April 29, 1998          Decided: May 13, 1998

Before MURNAGHAN, NIEMEYER, and WILLIAMS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Lawrence Verline Wilder, Sr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

   Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Wilder v. United States District Court</u>, No. CA-97-4055-CCB (D. Md. Dec. 15, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>